JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JASON HOLDER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF MONTEBELLO; OFFICER RYAN; and DOES 1 to 50, inclusive,<br><br>　　　　　Defendants. | Case No.:  CV10-4141 GW (FFMx)<br>Judge:    Hon. GEORGE H. WU<br>Courtroom:     10<br><br>**ORDER ON STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>TRIAL DATE:  Vacated |

## ORDER ON STIPULATED DISMISSAL WITH PREJUDICE

**IT IS HEREBY ORDERED** that the Complaint of plaintiff Jason Holder USDC case number CV 10-4141 GW (FFMx) is hereby dismissed in its entirety with prejudice.

**IT IS SO ORDERED**.

Dated: _July 2, 2012_____

_____
HONORABLE GEORGE H. WU, JUDGE
UNITED STATES DISTRICT JUDGE